UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MECHELLE KULESZA,

    Plaintiff,

v.                                      Case No: 8:24-cv-02691-CEH-AEP

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

_____

**ORDER**

The Court has been advised by the Notice of Settlement (Doc. 26) that the parties have completely settled this case. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on October 31, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties